Irving W. Childs, Respondent, v. Eversley Childs, Individually and as Sole

Trustee under the Last Will and Testament of William H. H. Childs, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.